**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AKHENATON JONES,<br>Plaintiff,<br><br>v.<br><br>LT. WAYNE SWEENEY, *et al.*,<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO. 25-CV-5335 |

**ORDER**

AND NOW, this 24th day of August 2026, upon consideration of the Partial Motion to Dismiss (Dkt. No. 22) filed by Defendants Nishan Panavelil and Wayne Sweeney, Plaintiff Akhenaton Jones's Response thereto (Dkt. No. 27), and Defendant's Reply thereon (Dkt. No. 28), it is **ORDERED** that:

1. The Motion is **GRANTED** for the reasons stated in the Court's accompanying Memorandum.

2. Jones's claims for interference with his legal mail and retaliation are **DISMISSED.**

3. Defendants shall file a responsive pleading as to Jones's remaining claims for excessive force within fourteen (14) days of the date of this Order.

**BY THE COURT:**

***/s/ Gerald J. Pappert***

**Gerald J. Pappert, J.**